# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No:  2:17–cv–06151–BRO–JPR             Date:  10/2/2017
Title:  UNITED STATES OF AMERICA V. DARLENE LOPEZ VIRAMONTEZ

Present: The Honorable  Beverly Reid O'Connell , U. S. District Judge

Deputy Clerk:  Renee Fisher
Court Reporter:  N/A

    Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
    None Appearing    None Appearing

Proceedings:    **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

    On 9/29/2017, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 10/2/2017.

    The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk: jloz